W.M., SR. and D.M., Petitioners

v.

No. 387 WAL 2017

Supreme Court of Pennsylvania.

December 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,** Respondent

v.

**Diquan Earl WARREN, Petitioner**

No. 293 WAL 2017

Supreme Court of Pennsylvania.

December 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,** Respondent

v.

**Gary STEHLEY, Petitioner**

No. 240 WAL 2017

Supreme Court of Pennsylvania.

December 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**